Tobias Thomas Allen
17920 new kent Hwy
Barhamsville, VA 23011

MISDECIELU



Uncensored Inmate Mail
Henrico Regional Jail East

United States District court
eastern District court of virginia
701 east Broad Street
Suite 3000
Richmond, VA 23219-3528