IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TOBIAS THOMAS ALLEN,

    Plaintiff,

v.                                                                       Civil Action No. **3:22CV162**

HENRICO COUNTY JAIL (EAST),

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on April 12, 2022, the Court conditionally docketed Plaintiff's action. On April 22, 2022, the United States Postal Service returned the April 12, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Not at Jail." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                             /s/
                                                                     M. Hannah Lauck
                                                                     United States District Judge

Date: 5-23-2022
Richmond, Virginia